UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:17-CV-190-TBR

AMRING PHARMACEUTICALS, INC., PLAINTIFF

v.

UPS-SUPPLY CHAIN SOLUTIONS, INC.

and

MID-AMERICAN SPECIALIZED TRANSPORT

and

EDIN TRANSFER, INC.

and

CKR TRANSPORT LTD. DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

This matter comes before the Court upon Plaintiff Amring Pharmaceuticals' ("Plaintiff") Motion for Entry of Default against Defendant Edin Transfer, Inc. ("Edin") pursuant to Federal Rule of Civil Procedure 55. [DN 14.] In support of this, Plaintiff has attached to the instant Motion the Summons for Edin, as well as a Proof of Service page and tracking information purportedly relating to the Summons and Complaint. [*See* DN 14-1, DN 14-2.] However, the Proof of Service page remains blank. Federal Rule of Civil Procedure 4(l)(1) provides that "[u]nless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." There is no filled-in affidavit attached to the instant Motion and for that reason, **IT IS HEREBY**

1

**ORDERED** that Plaintiff's Motion for Entry of Default is **DISMISSED** without prejudice. Plaintiff has leave to refile this Motion with the appropriate Service of Process page filled in.

      **IT IS SO ORDERED.**

cc:    Counsel of Record